**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
**in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

Gerald Antwain Lewis
[illegible]

CV412-62

(Enter above full name of plaintiff or plaintiffs)

v.

All of. Al St Lawrence
And Chatham County
Savannah GA. City of
~~South~~ Savannah Police Department

(Enter above full name of defendant or defendants)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB 27 AM 10:31
CLERK [signature]
SO. DIST. OF GA.

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: __________

Defendants: __________

2. Court (if federal court, name the district; if state court, name the county):

__________

3. Docket number: __________

4. Name of judge assigned to case: __________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action? Yes ____ No __✓__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: ______________________________
______________________________

Defendants: ______________________________
______________________________

2. Court (name the district):

______________________________

3. Docket number: ______________

4. Name of judge assigned to case: ______________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

______________ ______________

II. Place of present confinement: Chatham County Det. Center

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? ON 10-4-2011 I stayed To yMy Lawyer That I was in jail when the crime was done

2. What was the result? Im still being held in Chatham County Jail on This said date 2/6/2012 and have not been released as of yet

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? I was in Court and Made it Known to My Laywer Todd Martin, D.A and Judge Tammy Stokes on 10/4/2011

D. If you did not utilize the prison grievance procedure, explain why not: ___

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Gerald Antuan Lewis Washington
Address: 1074 Carl Griffin Drive

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Al StLawrence
Position: ~~Sheriff~~ or Jailor Sheriff
Place of employment: Chatham
Current address: 1074 Carl Griffin Dr.

C. Additional defendants: CHATHAM County SAVANNAH GA, CHATHAM COUNTY JAIL

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Claire Cornwell Williams issued a warrant for my arrest on ~~5-9-011~~ 9/26/11
2. Al St Lawrence for false imprisonment and the City of Savannah Police Department for false arrest
3 Chatham County Detention Center. these are the people and departments I site.

On 5-9-011 I was incarcerated in the Chatham County jail and remained there until 6-6-011 and when the crime of theft by taking was committed I was already incarcerated at the Chatham County jail which is recorded in records at this County jail. So indeed I have been falsly accused and falseley imprisoned and my enjoyment for Life is completely gone. It states that this crime was committed on 5-12-011 i was already incarcerated

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the Court to free me from this unjust incarceration and to compensate me every day that I have been incarcerated and also to grant my request for the mental anguish and the defamation of my character as a possible contributing member of society.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of Feb, 19 2012.

Prisoner No. 2011091448
X0111100

Gerald Washington
(Signature of Plaintiff)

Gerald Washington
1679 Carl Griffin Drive
Sav'h Ga. 31405

SAVANNAH GA 314

5 of 5

USA
FIRST-CLASS
FOREVER

Clerk U.S. District Court
P.O. Box 8286
Sav'h Ga. 31412

31412+8286