FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL -9 PM 12:03

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GERALD ANTWAIN LEWIS WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. CV412-062 |
| SHERIFF AL ST. LAWRENCE, CHATHAM COUNTY JAIL, CITY OF SAVANNAH, CHATHAM COUNTY, and CITY OF SAVANNAH POLICE DEPARTMENT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _9_ day of _July_, 2012.

_____
B. AVANT EDENFIELD